RECEIVED
AUG - 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RUSSELL ODOM | CIVIL ACTION NO.: 07-695 |
| VERSUS | JUDGE DOHERTY |
| LAZARUS REFINING & MARKETING L.L.C. ET AL. | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Pending before this Court is a Motion for Summary Judgment [Doc. 6], filed by defendants, Lazarus Refining & Marketing, L.L.C., Lazarus Energy Holdings, L.L.C., and Lazarus Louisiana Refinery II, L.L.C (collectively, "movants").[1] The motion is unopposed.[2]

Movants seek dismissal of plaintiff's claims against movants with prejudice, arguing: (1) movants have no interest in the immovable property at issue in this matter; (2) movants have never contracted for nor utilized plaintiff's services; (3) prior to the filing of this matter, movants advised plaintiff that movants were not the owners of the property on which plaintiff claims to have performed services; (4) movants demanded plaintiff dismiss movants from this matter to no avail; (5) the conveyance records of the Clerk of Court of Acadia Parish reveal the only owner of the property upon which plaintiff claims to have performed services was not owned by movants; and (6)

---

[1] The interests of Lazarus Refining & Marketing, L.L.C., Lazarus Energy Holdings, L.L.C., and Lazarus Louisiana Refinery II, L.L.C. are in alignment in this matter.

[2] The deadline for filing an opposition has passed, and no opposition has been received by this Court. Therefore, this Court deems the Motion for Summary Judgment [Doc. 6] as unopposed.

movants have incurred expenses in the form of attorney fees. With their motion, movants have attached: (1) the affidavit of Gina Neumeyer, who attests she researched and reviewed the conveyance records at the Clerk of Court's Office in Acadia Parish, Louisiana, where she reviewed the relevant documents which revealed movants are not the owners of the subject property in this matter; (2) copies of conveyance records from the Clerk of Court's Office in Acadia Parish, Louisiana; and (3) the affidavit of Jonathan Carrol, movants' president, who generally provides testimony consistent with and supportive of the arguments made by movants in the motion and memorandum in support of their motion.

Seeing no error in law, the Motion for Summary Judgment [Doc. 6] is **GRANTED,** and plaintiff's claims against Lazarus Refining & Marketing, L.L.C., Lazarus Energy Holdings, L.L.C., and Lazarus Louisiana Refinery II, L.L.C are hereby **DISMISSED WITH PREJUDICE** at plaintiff's cost.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____ day of August, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE