

RECEIVED
FEB 06 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

RUSSELL ODOM                                    CIVIL ACTION NO. 07-0695
d/b/a Third Coast Environmental
    *Plaintiff, Counter Defendant*       JUDGE DOHERTY
VS.

LAZARUS LOUISIANA REFINERY, LLC                 MAGISTRATE JUDGE METHVIN
    *Defendant, Counter Claimant*

## *JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges in its Petition on Open Account that it made an agreement with defendant whereby plaintiff would provide services to the Lazarus Plant in Church Point, Louisiana for removal of contaminated waste water from bullet tanks; reclamation of waste oils, waste water, raw sewage; extraction of mercury contaminated materials; and removal of sump areas from gasoline racks and tanks.[1] Plaintiff alleges that defendant has failed to pay the amount due under the contract. Plaintiff seeks the amount of $161,500.00 together with legal interest plus attorneys' fees and costs.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana on February 6, 2008.

COPY SENT:
DATE: 2/6/08
BY: CW
TO: mem

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501

---

[1] Rec. Doc. 1-2.