UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**RUSSELL ODOM**
*d/b/a Third Coast Environmental*

**CIVIL ACTION NO. 07-0695**

VS.

**MAGISTRATE JUDGE METHVIN
BY CONSENT OF THE PARTIES**

**LAZARUS LOUISIANA REFINERY, LLC**

## 60-DAY ORDER OF DISMISSAL AND
## RULING ON MOTION TO SET ATTORNEY FEES (REC. DOC. 37)

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated and seek summary judgment enforcing the compromise, costs to be determined at a later date. The court hereby retains jurisdiction over the settlement of the case pursuant to Kokkonen v. Guardian Life, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate Judgment of Dismissal as soon as the settlement documents are executed.

**IT IS FURTHER ORDERED** that the Motion to Set Attorney Fees filed by counsel for defendant (Rec. Doc. 37) is **DENIED AS MOOT**.

Signed at Lafayette, Louisiana, on August 5, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)